Matriarchal Moabite MOTHER, Raaj Amexem Moor Rafa EL, Trustee Great Seal Continental United States Federal Republic, Ancient Moabite (Asiatic Moorish/Muurish) Nation of the Americas, Treaty of Amity and Commerce (Peace and Friendship) 1787/1836, **Plaintiff–Appellant,**

v.

Martin Joseph O'MALLEY, in his official capacity as Governor of State of Maryland; Anthony G. Brown, in his official capacity as Lieutenant Governor of State of Maryland, **Defendants– Appellees.**

No. 12–1631.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 27, 2012.

Decided: Oct. 1, 2012.

Matriarchal Moabite Mother, Appellant Pro Se.

Pickens' informal brief. 4th Cir. R. 34(b).

---

* We only address issues properly raised in

Before MOTZ, DAVIS, and WYNN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Matriarchal Moabite Mother appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. *Mother v. O'Malley,* No. 1:12–cv–01055–ELH (D.Md. Apr. 30, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*